IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW HIGGINS,<br>       Plaintiff,<br><br>       v.<br><br>METLIFE INC., METLIFE GROUP, INC.,<br>and METLIFE INVESTMENT<br>MANAGEMENT, LLC,<br>       Defendants. | CIVIL ACTION<br><br><br><br>NO.  22-3714 |

## ORDER

**AND NOW**, this 17th day of August 2023, upon consideration of Defendants' Motion for Summary Judgment (ECF Nos. 25 & 31) and Plaintiff's response thereto (ECF No. 30), **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Summary judgment is **GRANTED** with respect to Plaintiff's retaliation claims pursuant to the ADEA, PHRA, and PFPO.

2. Summary judgment is **DENIED** with respect to Plaintiff's age discrimination disparate treatment claims pursuant to the ADEA, PHRA, and PFPO.

BY THE COURT:


*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**